No. 95-1426. ESTATE OF HANSEN *v.* CITY OF NEW HAVEN. App. Ct. Conn. Certiorari denied.

No. 95-1432. NATIONAL ASSOCIATION OF REVIEW APPRAISERS & MORTGAGE UNDERWRITERS, INC., ET AL. *v.* APPRAISAL FOUNDATION ET AL. C. A. 8th Cir. Certiorari denied.

No. 95-1434. HUGHES SALARIED RETIREES ACTION COMMITTEE ET AL. *v.* ADMINISTRATOR, HUGHES NON-BARGAINING RETIREMENT PLAN. C. A. 9th Cir. Certiorari denied.

No. 95-1435. GRAVEN AUCTION CO., INC., ET AL. *v.* FINK, TRUSTEE. C. A. 8th Cir. Certiorari denied.

No. 95-1437. SMITH *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 95-1452. SINGER *v.* SHERIFF, FULTON COUNTY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 95-1456. SPARKY'S WATERFRONT SALOON, INC. *v.* COSMOPOLITAN, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 95-1459. IRONS *v.* KARCESKI ET AL. C. A. D. C. Cir. Certiorari denied.

No. 95-1461. PETITTE BROTHERS MINING CO., INC., ET AL. *v.* CONNORS, TRUSTEE, UNITED MINE WORKERS OF AMERICA 1950 PENSION PLAN, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 95-1462. ST. LOUIS COUNTY, MISSOURI *v.* KORNBLUM. C. A. 8th Cir. Certiorari denied.

No. 95-1463. THOMASON *v.* PRINCE GEORGE'S COUNTY, MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 95-1464. HAZEN *v.* COOPER ET AL. Ct. App. Tex., 14th Dist. Certiorari denied.